FILED
CLERK, U.S. DISTRICT COURT
4/25/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00197-SB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death] |
| JUAN CARLOS GUTIERREZ, aka "Johnny G," | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 9, 2022, in Los Angeles County, within the Central District of California, defendant JUAN CARLOS GUTIERREZ, also known as "Johnny G," knowingly and intentionally distributed

//
//
//
//
//
//

fentanyl, a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of victim S.R.

                                          A TRUE BILL

                                          _____/S/_____
                                          Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

AMANDA B. ELBOGEN
Assistant United States Attorney
Terrorism and Export Crimes Section