FILED
CLERK, U.S. DISTRICT COURT

July 3, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY:     LFA     DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN CARLOS GUTIERREZ,<br>  aka "Johnny G,"<br><br>    Defendant. | Case No. 2:23-CR-197(A)-SB<br><br><u>VERDICT FORM</u> |

## COUNT ONE

1. We, the Jury, unanimously find beyond a reasonable doubt that the defendant JUAN CARLOS GUTIERREZ (check one):

 \_\_\_\_\_ NOT GUILTY

 **X** GUILTY

of distributing fentanyl on or about December 9, 2021, as charged in Count One of the indictment.

*(If the response to Question 1 is Guilty, you must also answer Questions 2 and 3.)*

2. Having found defendant JUAN CARLOS GUTIERREZ guilty of distribution of fentanyl as charged in Count One, we further unanimously find beyond a reasonable doubt that Steven Ryback's use of fentanyl distributed by defendant JUAN CARLOS GUTIERREZ resulted in Steven Ryback's serious bodily injury:

 \_\_\_\_\_ NO

 **X** YES

3. Having found defendant JUAN CARLOS GUTIERREZ guilty of distribution of fentanyl as charged in Count One, we further unanimously find beyond a reasonable doubt that Steven Ryback's use of fentanyl distributed by defendant JUAN CARLOS GUTIERREZ resulted in Steven Ryback's death:

 \_\_\_\_\_ NO

 **X** YES

DATED 7/3/24 in Los Angeles, California

FOREPERSON OF THE JURY

2